# MAY 1984 CALENDAR

## SENTENCE REVIEW DIVISION

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. GEORGE BRIAN PARKER, Defendant.

### DECISION

No. (A)DC-82-169

The application of the above-named defendant for a review of the sentence of 7 years imposed on June 28, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 7 years with 2 years suspended and the Defendant shall be under the jurisdiction of the Adult Parole and Probation Department during the suspended portion of his sentence.

The Sentence Review Board finds the severity of this crime does not justify a full 7 year prison term, and the amendment will bring it more in line with other crimes of a similar nature.

We wish to thank Ralph Randono, Attorney from Great Falls, for his assistance to the Defendant and to this Court.

DATED this 30th day of May, 1984.

## SENTENCE REVIEW DIVISION

From: The District Court of the Second Judicial District, County of Silver Bow, STATE OF MONTANA, Plaintiff vs. ROBERT STEPHEN BUFF, Defendant.

### DECISION

No. 83-CR-92

The application of the above-named defendant for a review of the sentence of 10 years, ineligible for parole imposed on February 15, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to seven years in the Montana State Penitentiary and the Defendant shall remain ineligible for parole or work furlough.

The reduction in sentence will make it more in line with what his Co-Defendant, J.E. McBroom, received.

We wish to thank Harley Harris of the Montana Defender Project for his assis-